IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BETTY JANE AYERS, DAVID RUSSELL AYERS, and SARAH WALKER BRUUN, as residents of and registered voters in Anderson and Bradley Counties, Tennessee, *pro se*,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, Secretary of State for the State of Tennessee, *et al*.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 3:22-CV-370-TAV-JEM |

**NOTICE**

Come now the Defendants, United States Congressmen David Kustoff, Jim Cooper and Steve Cohen and United States Senators Marsha Blackburn and Bill Hagerty ("Federal Officers"), by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and file a supplement to the Federal Officers' removal documents.

Respectfully submitted,

FRANCIS M. HAMILTON, III
United States Attorney

By: [signature]

Leah W. McClanahan, Tenn. BPR #027603
Nicole Gross, Virginia Bar # 93038
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Leah.McClanahan@usdoj.gov
Nicole.Gross@usdoj.gov
Telephone: (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, a copy of the foregoing **Notice** was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email. Parties may access this filing through the Court's electronic filing system.

Betty Jane Ayers
David Russell Ayers
162 Wade Lane
Oak Ridge, TN 37830
***Via U.S. Mail***

Sarah Walker Bruun
405 Horton Road SE
Cleveland, TN 37323
***Via U.S. Mail***

N. Jay Yeager
Anderson County Law Director
jyeager@aclawdirector.com
**Attorney for Defendant Mark Stephens**
***Via CM/ECF***

Miranda H. Jones
Assistant Attorney General
Office of the Tennessee Attorney General
Miranda.Jones@ag.tn.gov
**Attorney for Defendants Hargett, Skrmetti and Kleinfelter**
***Via CM/ECF***

By: Leah McClanahan
Assistant United States Attorney